# COURT MINUTES

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor         Date: 6/17/2019    Time: 10:00 a.m.

Defendant: VICENTE GONZALEZ ACOSTA   J#: 69601-104   Case #: 19-20354-CR-SCOLA
AUSA: Emily Gurskis         Attorney: OMAR JOHANSSON (CJA)
Violation: CONSPIRACY TO COMMIT HEALTH CARE FRAUD AND WIRE FRAUD
Proceeding: Arraignment/Detention              CJA Appt: _____
Bond/PTD Held: ☐ Yes ☑ No     Recommended Bond: TEMP PTD
Bond Set at: Stip PTD with the right to revisit    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition:
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. 10:32:40              Time in Court: 10:32:40